1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  JUAN BARTOLO HERNANDEZ PEREZ,

13                          Plaintiff,                    C 3:24-cv-02330-LJC

14  v.                                          **STIPULATION TO STAY PROCEEDINGS;
                                                ORDER**
15  DEPARTMENT OF HOMELAND
    SECURITY, *et al.*,
16
                            Defendants.
17

18       The parties, through their undersigned attorneys, hereby stipulate and respectfully request the

19  Court to stay proceedings in this case for a limited time, until April 16, 2025. The parties make this joint

20  request because they are pursuing an administrative resolution that may render further litigation of this

21  case unnecessary.

22       1.      Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application

23  for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services

24  ("USCIS") has scheduled the asylum interview to take place on December 17, 2024. USCIS agrees to

25  work diligently towards completing adjudication of Plaintiff's application, absent the need for further

26  adjudicative action or unforeseen circumstances that would require additional time for adjudication. If

27

28
   Stip to Stay Proceedings
   C 3:24-cv-02330-LJC                          1

USCIS needs to cancel the interview, it will reschedule for a new date within four weeks of the originally scheduled interview date.

2.      Plaintiff agrees to submit all supplemental documents and evidence no later than seven to ten days prior to the interview, pursuant to USCIS policy. Plaintiff agrees that the failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3.      If needed by Plaintiff or his dependent(s), Plaintiff shall bring his own interpreter to his asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to his interview may result in the interview being rescheduled at no fault of USCIS.

4.      Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss this case.

5.      The parties agree to bear their own attorney fees and costs.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 16, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.


Dated: June 24, 2024                                    Respectfully submitted[1],

                                                        ISMAIL J. RAMSEY
                                                        United States Attorney


                                                         */s/ Elizabeth D. Kurlan*
                                                        ELIZABETH D. KURLAN
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: June 24, 2024

_/s/ David Benham-Suk_
DAVID BENHAM-SUK
Law Office of Christine Stouffer
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 26, 2024

HON. LISA J. CISNEROS
United States Magistrate Judge

Stip to Stay Proceedings
C 3:24-cv-02330-LJC                    3